# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

# RICHMOND DIVISION

In re:  Haywood W Gray Jr　　　　　　　　　　Case Number: 05-30705
　　　　Sharon A Gray　　　　　　　　　　　　Chapter :  13

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS
_____

　　　　Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

_____　　　　　　　**Amount of Dividend**
**Haywood W Gray Jr**　　　　　　　　　　　　$ 0.01
**Sharon A Gray**
**219 Spring Drive**
**Colonial Heights, VA  23834**


**Dated: March 26, 2010**　　　　　　　　　　\S\ Robert E. Hyman
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**(Signature of Trustee)**

　　　　　　　　　　　　　　　　　　　　　　**Robert E. Hyman**
　　　　　　　　　　　　　　　　　　　　　　**Standing Chapter 13 Trustee**
　　　　　　　　　　　　　　　　　　　　　　**P.O. Box 1780**
　　　　　　　　　　　　　　　　　　　　　　**Richmond, VA. 23218-1780**